# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | MDL No. 3:19-md-2885 |
| | Judge M. Casey Rodgers |
| This Document Relates To: ADAM PERSHA Docket No 7:20-cv-00504-MCR-GRJ | Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATION FORUM

COMES NOW Plaintiff, ADAM PERSHA, and files this Notice of Designated Forum pursuant to Case Management Order 33. Absent the direct filing Order entered by this Court, venue is also proper in the Southern District of California reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Dated: February 9, 2022.    Respectfully submitted,

/s/ W. Troy Bouk
W. Troy Bouk, Florida Bar No. 43384
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 South Baylen St., Ste. 600
Pensacola, FL 32502
Tel: 850-435-7155 / Fax: 850-436-6155
Email: tbouk@levinlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Notice was filed electronically with the Clerk of Court using the CM/ECF system on February 9, 2022 and served electronically on all counsel of record.

/s/ W. Troy Bouk
W. Troy Bouk, Florida Bar No. 43384